IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

NO. 14-3798
Consolidated with No. 14-3761

JOSHUA BLACKMAN,

*Objector-Appellant,*

AMBER GASCHO, *et al.*,

*Plaintiffs-Appellees,*

v.

GLOBAL FITNESS HOLDINGS, LLC,

*Defendant-Appellee.*

On Appeal from the United States District Court
For the Southern District of Ohio, No. 2:11-cv-00436-GCS-NMK

Motion for Extension of Time to File Reply Brief

CENTER FOR CLASS ACTION FAIRNESS
Theodore H. Frank
Adam E. Schulman
1718 M Street NW, No. 236
Washington, D.C. 20036
(703) 203-3848

*Attorneys for Appellant Joshua Blackman*

In accordance with 6 Cir. R. 26, Joshua Blackman moves the Court to extend the time for him to file his reply brief in the above-captioned case until December 28, 2014. Under the current schedule, Blackman's brief is due on December 18, 2014.

In support of his motion for a 10 day extension, Blackman notes that his non-profit counsel has multiple obligations in the days leading up to the 18th, including briefs in the Seventh and Fourth Circuit Courts of Appeals. Blackman also notes that the initial scheduling order was adjusted to provide Appellees with an extra month to file their response briefs.

Blackman has conferred with all other parties in the case and none of them oppose his request.

Dated: December 9, 2014.     /s/ Adam E. Schulman
Adam E. Schulman
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (610) 457-0856
Email: shuyande24@gmail.com

/s/ Theodore H. Frank
Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

*Attorneys for Appellant Joshua Blackman*

## Proof of Service

I hereby certify that on December 9, 2014, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Sixth Circuit using the CM/ECF system, which will provide notification of such filing to all counsel of record.

Executed on December 9, 2014        */s/ Adam E. Schulman*
                                                               Adam E. Schulman